**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No: 13-21674** |
| **MICHAEL STEVEN KOCIARA** | ) | **S.S.# xxx-xx-4849** |
| **JULIE GIZELLE KOCIARA** | ) | **S.S.# xxx-xx-9040** |
| **Debtors.** | ) | **Chapter 7** |

## NOTICE OF APPEARANCE

I enter my appearance as attorney for Horizon Bank, N.A., a creditor in the above-entitled matter.  I request copies of all papers filed in this case.

Dated:  May 16, 2013

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer 10537-72
LADERER & FISCHER, P.C.
401 E. Colfax Avenue, Suite 305
South Bend, IN 46617
Telephone (574) 284-2354
Facsimile (574) 284-2356
Rebecca@ladfislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appearance was served upon the following parties via electronic transmission on this day May 16, 2013:

Blake Nathaniel Dahl
bnd@etzlerlaw.com

Kenneth A. Manning
ken@kmmglawfirm.com

U.S. Trustee
USTPRegion10.SO.ECF@usdoj.gov

and by regular first class postage mail upon the following:

Michael Steven Kociara
Julie Gizelle Kociara
8740 Pine Avenue
Gary, IN 46403-1441

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer